# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>PROPERTY AS PARTICULARLY DESCRIBED IN ATTACHMENT A TO THE AFFIDAVIT OF TFO JACOB SMETANA DATED JULY 29, 2024 | )<br>)<br>)<br>)   Case No.   2:24-cr-00609<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Judicial _____ District of _____ South Carolina _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 545 | Smuggling Goods into the United States |
| 18 U.S.C. 922(a)(1)(A) | Unlawful Acts, Importation of a Firearm |

The application is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*JACOB J SMETANA*  Digitally signed by JACOB J SMETANA
Date: 2024.07.29 06:01:48 -04'00'

*Applicant's signature*

Jacob Smetana, Task Force Officer, HSI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ cellular telephone _____ *(specify reliable electronic means)*.

Date: July 29, 2024

*Molly H. Cherry*

*Judge's signature*

City and state: Charleston, SC

Molly Cherry, U.S. Magistrate Judge

*Printed name and title*